IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SMART LOCAL 265 WELFARE FUND,     )
et al.,     )
     )     CIVIL ACTION
     Plaintiffs,     )
     )     NO. 25 C 7688
     vs.     )
     )     JUDGE JOAN B. GOTTSCHALL
IN-STALL INC, a dissolved Illinois corporation,     )
     )
     Defendant.     )

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

     Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b),
move for entry of judgment by default against Defendant, IN-STALL, INC., a dissolved Illinois
corporation, in the total amount of $46,513.56, plus Plaintiffs' court costs and reasonable
attorneys' fees in the amount of $1,064.25.

     On July 17, 2025, the Summons and Complaint was served on the Registered Agent,
Silvano Sintich (by tendering a copy of said documents to Natasha Sintich) at his place of business
(a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's
answer was due on August 7, 2025. As Defendant has failed to timely answer the Complaint,
Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

                    /s/  Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>20th</u> day of <u>August 2025</u>:

> Mr. Silvano P. Sintich, Registered Agent
> In-Stall, Inc.
> 17 W. Burlington Avenue
> Western Springs, IL   60558-1630

<u>/s/   Catherine M. Chapman</u>

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

i:\265j\in-stall, inc\#29457\2025\motion for default and judgment.cmc.df.docx